UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Sharon Lynn Brown (nee Smith)<br><br>             Plaintiff,<br><br>vs.<br><br>Polk County, Wisconsin, CO Steven Hilleshiem, CO Janet Lee, Chief Deputy Wes Revels, and Polk County Correctional Officers John Doe 1 through 10,<br><br>             Defendants. | Case No.: 18-cv-391 |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff, Sharon Lynn Brown, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's August 16, 2019 Memorandum Opinion and Order (ECF # 39), and judgment entered on August 16, 2019 (ECF # 40), granting Defendants summary judgment and dismissing with prejudice Plaintiff's entire cause of action.

| | |
|---|---|
| DATED: September 4, 2019 | Respectfully submitted,<br><br>**BENNEROTTE & ASSOCIATES, P.A.**<br><br>*/s Vincent J. Moccio*<br>Vincent J. Moccio (#0184640)<br><br>3085 Justice Way, Suite 200<br>Eagan, MN 55121<br>Telephone: (651) 842-9257<br>Facsimile: (651) 288-0860<br>E-mail:    Vincent@bennerotte.com<br><br>**Attorneys for Plaintiff-Appellant** |